

JUDGE PACOLD
MAGISTRATE JUDGE GILBERT

FILED
4/14/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. **1:22-CR-00225** |
|---|---|---|
| | ) | |
| v. | ) | **Violation**: Title 18, |
| | ) | United States Code, |
| RONNELL HENDRICKS | ) | Section 922(g)(1) |

The SPECIAL JULY 2021 GRAND JURY charges:

On or about November 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

RONNELL HENDRICKS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm—namely, a loaded Glock model 19 9MM semi-automatic pistol, bearing serial number BRXZ924, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant RONNELL HENDRICKS shall forfeit to the UNITED STATES OF AMERICA the firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited consists of a Glock model 19 9MM semi-automatic pistol, bearing serial number BRXZ924, with an attached conversion device, also known as an "auto sear" and "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by JASON YONAN on behalf of
the UNITED STATES ATTORNEY

2